UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

Plaintiff,

-vs-

Case No. 3:03-CR-137

ANGELO D. TURPIN ,

Defendant.

## JUDGMENT ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE AND IMPOSING SENTENCE

On February 13, 2013, the Defendant having previously been found in violation of his supervised release, appeared in open Court for final disposition. Pursuant to the record, the Court ORDERED that:

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eight (8) months. No period of supervised release to follow.

The Court recommends to the Bureau of Prisons that the Defendant be accorded all allowable presentence credit for time spent incarcerated on said offense and be incarcerated as close to the Chesapeake, Virginia area as possible, consistent with his security status.

The Defendant was explained his rights of appeal and indicated an understanding of same.

The Defendant is remanded to the custody of the U.S. Marshal.

IT IS SO ORDERED.

Date: **February 14, 2013**

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT